UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-386-KJD-CWH |
| Plaintiff, | **ORDER FOR RETURN OF PASSPORT AND  TO ALLOW TRAVEL TO CANADA** |
| vs. | |
| DOUGLAS RATCLIFFE, | |
| Defendant. | |

The best interests of justice and judicial economy being served by the granting of the Emergency Unopposed Motion for Return of Passport and to Allow Travel to Canada;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Defendant be allowed to travel to Canada to attend his mother's funeral, and that he be allowed to pick up his passport, one day prior to travel and return it one day after travel is completed.

DATED:  __13__ day of ___July___, 2015.

_____
UNITED STATES DISTRICT JUDGE

3