DANIEL G. BOGDEN
United States Attorney
KATHRYN C. NEWMAN
Assistant United States Attorneys
Lloyd D. George United States Courthouse
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                              )<br>                    Plaintiff,             )<br>                                                              )<br>        v.                                                  )<br>                                                              )<br>DANIEL RATCLIFFE,                          )<br>                                                              )<br>                                                              )<br>                    Defendant.           )<br>_____ ) | Case No.: 2:14-CR-00386-KJD-CWH<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>(Second Request) |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, hereby moves the Court to continue the sentencing of Daniel Ratcliffe to a date and time convenient to the Court in order to allow the victims to be heard at sentencing. The motion is made for the following reasons:

1.      Representatives of InTouch Credit Union, the victim in this case, have requested to speak at the defendant's sentencing. Their representatives will travel from out of the District to appear at the sentencing. They are unavailable at the current sentencing date and time of August 4, 2015 at 9:00 a.m.  The victims are available August 21, 25, 27 and 31, 2015.  The Government respectfully requests that the sentencing in this case be moved to one of those dates.

2.      The defendant is out of the country attending a family funeral. Defense counsel has not been able to reach him to discuss the continuance and confer about the proposed dates.

5.      This is the first motion to continue and the second request to continue the sentencing.

1

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that the Court vacate the defendant's sentencing, currently set for August 4, 2015, at 9:00 a.m., to a date and time convenient to this Court on one of the following days August 24, 25, 27, or 31, 2015.

Dated: July 21, 2015.

                                        Respectfully submitted,
                                        DANIEL G. BOGDEN,
                                        United States Attorney

                                        /s/
                                        KATHRYN C. NEWMAN
                                        Assistant United States Attorney

**ORDER**

IT IS THEREFORE ORDERED that the defendant's sentencing currently scheduled for August 4, 2015, at the hour of 9:00 a.m., be vacated and continued to __August 21 at 9:00 a.m.__.

Dated this __24__ day of July, 2015.

                                        UNITED STATES DISTRICT COURT

2